WILLIAM L. CLARK, Respondent, *v.* JOHN B. WEST, Appellant.

(Submitted March 27, 1911; decided April 4, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 201 N. Y. 569.)

---

In the Matter of NATHAN B. CHADSEY, an Attorney, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

(Submitted March 27, 1911; decided April 4, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 201 N. Y. 572.)